UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and THOMAS F. HINDS,<br><br>　　　　　　Plaintiffs,<br>　　　v.<br><br>TEAM ENTERPRISES, INC.; ALBERT ANGIOLI, BURNELL ANGIOLI, and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. **1:07-CV-00703-LJO-GSA**<br><br>ORDER RE: SUBSTITUTING PARTY |

ORDER

Pursuant to the stipulation filed by the parties on June 25, 2009, the Court orders the following :

1.　THOMAS F. HINDS is no longer a party to this action by reason of his death.

2.　Patricia MacLaughlin as Trustee of the Thomas F. Hinds and Mary Jane Hinds Living Trust is substituted as a party to this action in place of THOMAS F. HINDS.

IT IS SO ORDERED.

**Dated:   June 26, 2009**　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE