UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. PATRICIA MACLAUGHLIN as TRUSTEE of the THOMAS F. HINDS and MARY JAN HINDS LIVING TRUST,<br><br>Plaintiffs,<br>v.<br><br>TEAM ENTERPRISES, INC.; ALBERT ANGIOLI, BURNELL ANGIOLI, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:07-CV-00703-LJO-GSA<br><br>STIPULATION AND ORDER TO FILE :<br><br>1. FIRST AMENDED COMPLAINT<br><br>2. THIRD PARTY COMPLAINT |

The parties to this action stipulate to the following:

1. Pursuant to Federal Rules of Civil Procedure 15, plaintiffs may file a first amended complaint. Attached as Exhibit A is a true and correct copy of plaintiffs' proposed first amended complaint.

2. Pursuant to Federal Rules of Civil Procedure 14, third party plaintiff Team Enterprises, LLC (as successor in interest to defendant Team Enterprises, Inc.) may file a third party complaint. Attached as Exhibit B is a true and correct copy of Team Enterprises, LLC's proposed third party complaint.

///

///

SO STIPULATED:

Date: October 15, 2009                    STANZLER FUNDERBURK & CASTELLON LLP

                                                /s/ Jordan Stanzler
                                                Jordan Stanzler
                                                Attorneys for Plaintiffs

Date: October 15, 2009                    GREBEN & ASSOCIATES

                                                /s/ Jan Greben
                                                Jan Greben
                                                Attorneys for Defendant Team Enterprises, Inc.

**ORDER**

      Having reviewed the stipulation, it is hereby ordered that :

1.    Plaintiffs' first amended complaint is deemed filed and may be served as of the date of the signing of this Order; and

2.    Third party plaintiff Team Enterprises, LLC's (as successor in interest to defendant Team Enterprises, Inc.) third party complaint is deemed filed and may be served as of the date of the signing of this Order.

IT IS SO ORDERED.

     **Dated:   October 16, 2009**                    **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE