**GREBEN & ASSOCIATES**
1332 Anacapa Street, Ste. 110
Santa Barbara, CA 93101
Tel: 805-963-9090
Fax: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christian Blasbichler, SBN 243799
christian@grebenlaw.com

Attorneys for Defendant Team Enterprises, Inc., and Third Party Plaintiff Team Enterprises, LLC (as successor in interest to Defendant Team Enterprises, Inc)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN as TRUSTEE of the THOMAS F. HINDS and MARY JAN HINDS LIVING TRUST,

    Plaintiffs,

vs.

TEAM ENTERPRISES, INC.; ALBERT ANGIOLI, BURNELL ANGIOLI, and DOES 1 through 20, inclusive,

    Defendants.

TEAM ENTERPRISES, LLC,

    Third Party Plaintiff,

v.

CSK AUTO, INC. dba KRAGEN AUTO PARTS; COOPER INDUSTRIES LTD;

    Third Party Defendants.Case No.: 1:07 CV 00703 LJO GSA

**STIPULATION AND ORDER TO CONTINUE HEARING ON COOPER INDUSTRIES, LLC'S MOTION TO DISMISS THIRD PARTY PLAINTIFF'S CLAIMS**

/ / /

/ / /

The parties hereby stipulate to continue the hearing date on Cooper Industries, LLC's motion to dismiss Team Enterprises, LLC's third party claims, currently scheduled for December 14, 2009, to **January 21, 2010 at 8:30 a.m. in Courtroom 4** of the above named court.

SO STIPULATED:

Date: November 13, 2009                         GREBEN & ASSOCIATES

<u>/s/ Christian Blasbichler</u>
Jan Greben
Christian Blasbichler
Attorneys for Defendant Team Enterprises, Inc., and Third Party Plaintiff Team Enterprises, LLC


Date: November 13, 2009                         GORDON & REES LLP

<u>/s/ Kristin Reyna</u>
P. Gerhardt Zacher
Kristin Reyna
Matthew Nugent
Attorneys for Third-Party Defendant Cooper Industries, LLC


**IT IS SO ORDERED,**


**DATED: November 17, 2009**              /s/ Lawrence J. O'Neill
Honorable Laurence J. O'Neill
United States District Court Judge