DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
NIRAV K. DESAI (Bar No. 232429)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    (916) 444-1000
Facsimile:    (916) 444-2100
rsoran@downeybrand.com
ndesai@downeybrand.com

Attorneys for Third-Party Defendant
CSK Auto, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN as TRUSTEE of the THOMAS F. HINDS and MARY JAN HINDS LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM ENTERPRISES, INC.; ALBERT ANGIOLI, BURNELL ANGIOLI, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:07 CV 00703 LJO GSA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT** |
| TEAM ENTERPRISES, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CSK AUTO, INC. dba KRAGEN AUTO PARTS; COOPER INDUSTRIES LTD,<br><br>Third-Party Defendants. | |

WHEREAS Third-Party Plaintiff TEAM ENTERPRISES, LLC ("Team Enterprises") and Third-Party Defendant CSK AUTO, INC. ("CSK"), by and through their respective counsel, initially filed on November 11, 2009, a stipulation pursuant to Local Rule 6-144(a) extending the time within which CSK would be required to file an answer or otherwise respond to Team

1  Enterprises' Third Party Complaint by 30 days, to December 14, 2009.

2      WHEREAS the Team Enterprises and CSK agree that CSK should be granted additional
3  time, until January 13, 2010, within which to file its answer or otherwise respond to Team
4  Enterprises' Third Party Complaint.  Accordingly, the parties request that this extension be
5  granted.

6      IT IS HEREBY STIPULATED by and between Team Enterprises and CSK that CSK
7  shall be and hereby is granted an extension of time until **Wednesday, January 13, 2010**, to file
8  an answer or otherwise respond to the Third Party Complaint filed by Team Enterprises.

9  DATED:  December 10, 2009      DOWNEY BRAND LLP

11      By:    /s/ Robert P. Soran
12      ROBERT P. SORAN
    Attorney for Third-Party Defendant
13      CSK Auto, Inc.

14  DATED:  December 10, 2009      GREBEN & ASSOCIATES

16      By:    /s/ Jan A. Greben
17      JAN A. GREBEN
    Attorney for Third-Party Plaintiff
18      Team Enterprises, LLC

19  **IT IS SO ORDERED.**

21  Dated: December 11, 2009      /s/ Gary S. Austin
    United States Magistrate Judge

1045669.1

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THIRD PARTY