Jordan S. Stanzler (SBN 54620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER LAW GROUP LLC
2275 E. Bayshore Rd., Suite 100
Palo Alto, California  94303
Telephone:     (650) 739-0200
Facsimile:       (650) 739-0916

Attorneys for Plaintiffs Hinds Investments, L.P. and
Patricia MacLaughlin as Trustee of the Thomas F. Hinds and
Mary Jane Hinds Living Trust

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN as TRUSTEE of the THOMAS F. HINDS and MARY JANE HINDS LIVING TRUST,<br><br>Plaintiffs,<br>v.<br><br>TEAM ENTERPRISES, INC., MULTIMATIC CORPORATION, MULTIMATIC DRY CLEANING MACHINE CORPORATION, MULTIMATIC LLC, KIRRBERG CORPORATION, HOYT CORPORATION, RR STREET & CO., INC.,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No. 1:07-CV-00703-LJO-GSA<br><br>**STIPULATION FOR CONTINUANCE OF TIME TO FILE OPPOSITION TO RR STREET & CO., INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (JOINED BY MULTIMATIC LLC AND THE KIRRBERG CORPORATION)**<br><br>Date:   January 21, 2010<br>Time:  8:30 a.m.<br>Courtroom: 4<br><br>ACTION FILED: May 10, 2007<br>TRIAL DATE: Not Set |

WHEREAS the defendant RR Street & Co. Inc. ("RR Street") filed a motion to dismiss the plaintiffs Hinds Investments, L.P. and Patricia MacLaughlin as Trustee of the Thomas F. Hinds and Mary Jane Hinds Living Trust's ("Hinds Investments") first amended complaint on December 21, 2009, identified as Document 54 on the Court's docket;

WHEREAS the defendants Multimatic LLC ("Multimatic") and The Kirrberg Corporation ("Kirrberg") joined in the motion to dismiss on January 4, 2010;

1
**STIPULATION/ORDER.**

WHEREAS Local Rule 230(e) provides that the Court may continue the hearing date of the motion to dismiss and any joinders to that motion so that the responding party may adequately address all issues presented in the motions;

WHEREAS Hinds Investments' opposition brief to the motion is due on or before January 7, 2010;

WHEREAS the parties wish to extend the deadline for Hinds Investments to file an opposition brief in order to address all pending motions to dismiss and request a continuance of the hearing date;

IT IS HEREBY STIPULATED by and between RR Street, Multimatic, Kirrberg and Hinds Investments that the plaintiffs' deadline for filing an opposition brief to the defendants' motion to dismiss will be continued to January 21, 2010; the defendants' deadline for filing a reply brief will be continued to February 9, 2010; and the hearing date will be continued to February 16, 2010 to coincide with the currently scheduled status conference.

Dated: January __, 2010        STANZLER LAW GROUP LLC

                               By:_____
                                   Jordan S. Stanzler
                                   Jeffrey M. Curtiss

                               Attorneys for Plaintiffs Hinds Investments, L.P. and
                               Patricia MacLaughlin as Trustee of the Thomas F.
                               Hinds and Mary Jane Hinds Living Trust


Dated: January __, 2010        HICKS THOMAS LLP

                               By:_____
                                   Eric Grant
                                   Paula Whitten

                               Attorneys for Defendant RR Street & Co., Inc.

1 | Dated: January __, 2010                    DONGELL LAWRENCE FINNEY LLP

2

3 |                                        By._____
                                                          Richard A. Dongell
                                                          Thomas F. Vandenburg

4 |                                                           Ian P. Culver

5

6 |                                        Attorneys for Multimatic LLC and The Kirrberg Corporation

7 |                                                 **ORDER**

8 |       This GRANTS the extension to file opposition and reply papers. This Court's practice is

9 | to rule on motions on the record without oral argument. This Court does not grant F.R.Civ.P.

10 | 12(b)(6) relief to a defendant joining in a pending motion to dismiss.

11 |       IT IS SO ORDERED.

12 | **Dated:   January 5, 2010**                         /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28