IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. et al., | CASE NO. CV F 07-0703 LJO GSA |
| Plaintiffs, | **AMENDED JUDGMENT** |
| vs. | |
| TEAM ENTERPRISES, INC. et al., | |
| Defendants. / | |
| AND RELATED THIRD-PARTY ACTION. / | |

The clerk' office entered a January 15, 2009 judgment with an incorrect caption and has indicated that it is unable to prepare an amended judgment with a correct caption. As such, this Court, pursuant to its January 14, 2010 order, enters this amended judgment in favor of third-party defendant Cooper Industries, LLC and against defendant/third-party plaintiff Team Enterprises, LLC in that there is no just reason to delay to enter such judgment given Team's claims against Cooper and Cooper's alleged liability are clear and distinct from claims against the other third-party defendants. *See* F.R.Civ.P. 54(b).

IT IS SO ORDERED.

Dated:   January 19, 2010                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

1