IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TEAM ENTERPRISES, INC., et al, <br><br> Defendants. <br> _____ / <br><br> AND RELATED CROSS-ACTIONS AND <br><br> THIRD-PARTY ACTIONS. <br> _____ / | CASE NO. CV F 07-0703 LJO GSA <br><br> **ORDER TO DENY AS MOOT R.R. STREET & CO., INC.'S F.R.Civ.P. 12 MOTION TO DISMISS** <br> (Doc. 54.) |

This Court DENIES as moot defendant R.R. Street & Co., Inc.'s F.R.Civ.P. 12 motion to dismiss (doc. 54) given plaintiffs' filing of a second amended complaint and their representation that answering defendant Team Enterprises, Inc. does not oppose filing the second amended complaint. *See* F.R.Civ.P. 15(a); *Williams v. Bd. of Regents Of Univ. System of Ga.*, 477 F.3d 1282, 1291 (11th Cir. 2007). This Court VACATES the February 16, 2010 hearing on the motion to dismiss and DIRECTS the clerk to term the motion to dismiss (doc. 54).

IT IS SO ORDERED.

**Dated:   January 22, 2010**             /s/ Lawrence J. O'Neill

1

1 UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28