Jordan S. Stanzler (SBN 54620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER LAW GROUP LLC
2275 E. Bayshore Rd., Suite 100
Palo Alto, California  94303
Telephone:    (650) 739-0200
Facsimile:    (650) 739-0916

Attorneys for Plaintiffs Hinds Investments, L.P. and
Patricia MacLaughlin as Trustee of the Thomas F. Hinds and
Mary Jane Hinds Living Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN as TRUSTEE of the THOMAS F. HINDS and MARY JANE HINDS LIVING TRUST,<br><br>Plaintiffs,<br>v.<br><br>TEAM ENTERPRISES, INC., MULTIMATIC CORPORATION, MULTIMATIC DRY CLEANING MACHINE CORPORATION, MULTIMATIC LLC, KIRRBERG CORPORATION, HOYT CORPORATION, RR STREET & CO., INC.,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No. 1:07-CV-00703-LJO-GSA<br><br>**STIPULATION/ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT**<br><br>ACTION FILED: May 10, 2007<br>TRIAL DATE: Not Set |

IT IS HEREBY STIPULATED between Plaintiffs Hinds Investments, L.P. and Patricia MacLaughlin as Trustee of the Thomas F. Hinds and Mary Jane Hinds Living Trust and Defendant Team Enterprises, Inc. that Plaintiffs Hinds Investments, L.P. and Patricia MacLaughlin as Trustee of the Thomas F. Hinds and Mary Jane Hinds Living Trust may file a Second Amended Complaint.  Plaintiffs need not file a motion to amend the First Amended Complaint.

| | | |
|---|---|---|
| 1 | Dated: January __, 2010 | STANZLER LAW GROUP LLC |
| 2 | | |
| 3 | | By:_____ |
| | | Jordan S. Stanzler |
| 4 | | Jeffrey M. Curtiss |
| 5 | | Attorneys for Plaintiffs Hinds Investments, L.P. and Patricia MacLaughlin as Trustee of the Thomas F. Hinds and Mary Jane Hinds Living Trust |
| 6 | | |
| 7 | | |
| 8 | Dated: January __, 2010 | GREBEN & ASSOCIATES |
| 9 | | |
| 10 | | By:_____ |
| | | Jan Greben |
| | | Christian Blasbichler |
| 11 | | Attorneys for Defendant Team Enterprises, Inc. |

IT IS SO ORDERED.

**Dated:   January 22, 2010**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

---

2

**STIPULATION/ORDER RE FILING OF SECOND AMENDED COMPLAINT**