DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
GREGORY T. BRODERICK (Bar No. 220871)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
rsoran@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Third-Party Defendant
CSK Auto, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN as TRUSTEE of the THOMAS F. HINDS and MARY JAN HINDS LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM ENTERPRISES, INC.; ALBERT ANGIOLI, BURNELL ANGIOLI, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:07 CV 00703 LJO GSA<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT** |
| TEAM ENTERPRISES, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CSK AUTO, INC. dba KRAGEN AUTO PARTS; COOPER INDUSTRIES LTD,<br><br>Third-Party Defendants. | |

WHEREAS Third-Party Plaintiff TEAM ENTERPRISES, LLC ("Team Enterprises") and Third-Party Defendant CSK AUTO, INC. ("CSK"), by and through their respective counsel, initially filed on November 11, 2009, a stipulation pursuant to Local Rule 6-144(a) extending the time within which CSK would be required to file an answer or otherwise respond to Team

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPL.

1057282.1

Enterprises' Third Party Complaint by 30 days, to December 14, 2009.

WHEREAS Team Enterprises and CSK entered into a stipulation pursuant to Local Rule 6-144, which was approved by the Court on December 11, 2009, that CSK be granted an additional 30 days, until January 13, 2010, to file an answer or otherwise respond to Team Enterprises' Third Party Complaint.

WHEREAS Team Enterprises and CSK entered into a stipulation pursuant to Local Rule 6-144, which was approved by the Court on January 8, 2010, that CSK be granted an additional 30 days, until February 12, 2010, to file an answer or otherwise respond to Team Enterprises' Third Party Complaint.

WHEREAS Team Enterprises and CSK agree that CSK should be granted additional time, until March 15, 2010, within which to file its answer or otherwise respond to Team Enterprises' Third Party Complaint, if necessary, in order to facilitate the parties' attempts to resolve their dispute. Accordingly, the parties request that this extension be granted.

IT IS HEREBY STIPULATED by and between Team Enterprises and CSK that CSK shall be and hereby is granted an extension of time until **Monday, March 15, 2010**, to file an answer or otherwise respond to the Third Party Complaint filed by Team Enterprises.

DATED: February 9, 2010            DOWNEY BRAND LLP

By:      /s/ Robert P. Soran
             ROBERT P. SORAN
       Attorney for Third-Party Defendant
             CSK Auto, Inc.

DATED: February 9, 2010            GREBEN & ASSOCIATES

By:      /s/ Jan A. Greben
             JAN A. GREBEN
       Attorney for Third-Party Plaintiff
             Team Enterprises, LLC

**IT IS SO ORDERED.**

Dated:  February, 11, 2010         /s/ Gary S. Austin
                                   The Honorable Gary S. Austin,
                                   United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPL.
1057282.1