DOWNEY BRAND LLP
ROBERT P. SORAN (Bar No. 169577)
GREGORY T. BRODERICK (Bar No. 220871)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
rsoran@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Third-Party Defendant
CSK Auto, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN as TRUSTEE of the THOMAS F. HINDS and MARY JAN HINDS LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>TEAM ENTERPRISES, INC.; ALBERT ANGIOLI, BURNELL ANGIOLI, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:07 CV 00703 LJO GSA<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT** |
| TEAM ENTERPRISES, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>CSK AUTO, INC. dba KRAGEN AUTO PARTS; COOPER INDUSTRIES LTD,<br><br>Third-Party Defendants. | |

1

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPL.

| | |
|---|---|
| 1 | WHEREAS Third-Party Plaintiff TEAM ENTERPRISES, LLC ("Team Enterprises") and |
| 2 | Third-Party Defendant CSK AUTO, INC. ("CSK"), by and through their respective counsel, |
| 3 | initially filed on November 11, 2009, a stipulation pursuant to Local Rule 6-144(a) extending the |
| 4 | time within which CSK would be required to file an answer or otherwise respond to Team |
| 5 | Enterprises' Third Party Complaint by 30 days, to December 14, 2009. |
| 6 | WHEREAS Team Enterprises and CSK entered into a stipulation pursuant to Local Rule |
| 7 | 6-144, which was approved by the Court on December 11, 2009, that CSK be granted an |
| 8 | additional 30 days, until January 13, 2010, to file an answer or otherwise respond to Team |
| 9 | Enterprises' Third Party Complaint. |
| 10 | WHEREAS Team Enterprises and CSK entered into a stipulation pursuant to Local Rule |
| 11 | 6-144, which was approved by the Court on January 8, 2010, that CSK be granted an additional |
| 12 | 30 days, until February 12, 2010, to file an answer or otherwise respond to Team Enterprises' |
| 13 | Third Party Complaint. |
| 14 | WHEREAS Team Enterprises and CSK entered into a stipulation pursuant to Local Rule |
| 15 | 6-144, which was approved by the Court on February 11, 2010, that CSK be granted an additional |
| 16 | 30 days, until March 15, 2010, to file an answer or otherwise respond to Team Enterprises' Third |
| 17 | Party Complaint. |
| 18 | WHEREAS Team Enterprises and CSK agree that CSK should be granted additional time, |
| 19 | until April 16, 2010, within which to file its answer or otherwise respond to Team Enterprises' |
| 20 | Third Party Complaint, if necessary, in order to facilitate the parties' attempts to resolve their |
| 21 | dispute. Accordingly, the parties request that this extension be granted. |
| 22 | IT IS HEREBY STIPULATED by and between Team Enterprises and CSK that CSK |
| 23 | shall be and hereby is granted an extension of time until **Friday, April 16, 2010**, to file an answer |
| 24 | or otherwise respond to the Third Party Complaint filed by Team Enterprises. |
| 25 | /// |
| 26 | |
| 27 | |
| 28 | /// |

2

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPL.

| | | |
|---|---|---|
| DATED: March 10, 2010 | | DOWNEY BRAND LLP |
| | | By: /s/ Robert P. Soran |
| | | ROBERT P. SORAN |
| | | Attorney for Third-Party Defendant |
| | | CSK Auto, Inc. |
| DATED: March 10, 2010 | | GREBEN & ASSOCIATES |
| | | By: /s/ Jan A. Greben |
| | | JAN A. GREBEN |
| | | Attorney for Third-Party Plaintiff |
| | | Team Enterprises, LLC |

**IT IS SO ORDERED.**

Dated: March 10, 2010          /s/ Gary S. Austin
                               The Honorable Gary S. Austin,
                               United States Magistrate Judge

1062630.1

3

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPL.