1 **GREBEN & ASSOCIATES**
1332 ANACAPA, SUITE 110
2 SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
3 FACSIMILE: (805) 963-9098

4 Jan A. Greben, State Bar No. 103464
jan@grebenlaw.com
5

6 Attorneys for Defendant Team Enterprises, Inc.,
and Third Party Plaintiff Team Enterprises, LLC
7 (as successor in interest to Defendant
Team Enterprises, Inc)
8

9
UNITED STATES DISTRICT COURT FOR THE
10 EASTERN DISTRICT OF CALIFORNIA

11

12 HINDS INVESTMENTS, L.P. et al.,
CASE NO.   1:07-CV-00703-LJO-GSA
13                                                 Plaintiffs,

14                       vs.

15 TEAM ENTERPRISES, INC. et al., **TEAM ENTERPRISES, LLC'S NOTICE DISMISSAL WITHOUT PREJUDICE AS**
16                                                                                 **TO CSK AUTO, INC. PURSUANT TO**
                                                   Defendants. **FEDERAL RULES OF CIVIL**
17 **PROCEDURE 41(c); ORDER**

18

19 TEAM ENTERPRISES, LLC,

20                   Third Party Plaintiff,

21                       vs.

22 CSK AUTO, INC. dba KRAGEN AUTO
PARTS; COOPER INDUSTRIES LTD,
23
                  Third Party Defendants.
24

25 ///

26 ///

27 ///

28
1
TEAM ENTERPRISES, LLC'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO CSK AUTO, INC.
1:07-cv-00703- LJO- NEW

Third Party Plaintiff, TEAM Enterprises, LLC hereby dismisses **WITHOUT PREJUDICE**, Third Party Defendant CSK Auto, Inc. dba Kragen Auto Parts only from its Third Party Complaint pursuant to Federal Rule of Civil Procedure 41 (c).

Dated: April 8, 2010               GREBEN & ASSOCIATES


                                    /s/ Jan A. Greben
                                   _____
                                   JAN A. GREBEN
                                   Attorneys for Defendant
                                   TEAM ENTERPRISES, LLC


   IT IS SO ORDERED.

**Dated:     April 9, 2010**              /s/ Lawrence J. O'Neill
                                          _____
                                          UNITED STATES DISTRICT JUDGE