1  **GREBEN & ASSOCIATES**
    1332 ANACAPA, SUITE 110
2      SANTA BARBARA, CA 93101
    TELEPHONE: (805) 963-9090
3      FACSIMILE: (805) 963-9098

4  Jan A. Greben, State Bar No. 103464
   jan@grebenlaw.com
5  Jeff G. Coyner, State Bar No. 233499
   jeff@grebenlaw.com
6  Danielle De Smeth, State Bar No. 263309
   danielle@grebenlaw.com
7
   Attorneys for Defendant Team Enterprises, Inc., and Third Party Plaintiff Team Enterprises, LLC
8  (as successor in interest to Defendant Team Enterprises, Inc)

9
                 UNITED STATES DISTRICT COURT FOR THE
10
                       EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN as TRUSTEE of the THOMAS F. HINDS AND MARY JANE HINDS LIVING TRUST, as successor-in-interest to THOMAS F. HINDS, <br><br> Plaintiffs, <br><br> vs. <br><br> TEAM ENTERPRISES, INC.; MULTIMATIC CORPORATION; MULTIMATIC DRY CLEANING MACHINE CORPORATION; MULTIMATIC LLC; KIRRBERG CORPORATION; HOYT CORPORATION; R.R. STREET & CO. INC., <br><br> Defendants. <br><br> TEAM ENTERPRISES, LLC, <br><br> Third Party Plaintiff, <br><br> v. <br><br> CSK AUTO, INC. dba KRAGEN AUTO PARTS; COOPER INDUSTRIES LTD; <br><br> Third Party Defendants. | CASE NO.   1:07-CV-00703-LJO-GSA <br><br> STIPULATION TO DISMISS FEDERAL CLAIMS AND REMAND CASE TO STATE COURT; ORDER |

1    The parties to this action, plaintiffs Hinds Investments, L.P. and Patricia MacLaughlin as
2  Trustee for the Thomas F. Hinds and Mary Jane Hinds Living Trust, successor-in-interest to
3  Thomas F. Hinds (collectively "Hinds"), and defendant Team Enterprises, LLC, as successor in
4  interest to Team Enterprises, Inc. ("Team"), by and through their attorneys of record, stipulate to
5  the following:
6    Hinds and Team stipulate to the dismissal of their respective federal claims, without
7  prejudice,  arising under the Comprehensive Environmental Response, Compensation and
8  Liability Act, 42 U.S.C. § 9601, et seq., and the Resources Conservation and Recovery Act, 42
9  U.S.C. §6901, et seq., as to both the Shaw Avenue and the North First Street properties, which
10 are the subject matter of this action.  In light of the Ninth Circuit decisions affirming this Court's
11 dismissals of other parties to this action, the parties wish to proceed on state causes of action
12 only.
13   Accordingly, the parties stipulate that all federal claims are dismissed without prejudice.
14 Each party will bear its own attorneys' fees and costs relating to all dismissed federal claims.
15 Further, the parties respectfully request the Court remand the instant action to state court.
16   SO STIPULATED:
17 Date: November 22, 2011         ST ANZLER LAW GROUP LLC
18
                                  /s/ Jordan Stanzler
19                                Jordan Stanzler
                                  Attorneys for Plaintiffs Hinds Investments, L.P. and
20                                Patricia MacLaughlin as Trustee for the Thomas F.
                                  Hinds and Mary Jane Hinds Living Trust,
21                                successor-in-interest to Thomas F. Hinds
22
   Date:  November 22, 2011        GREBEN & ASSOCIATES
23
24                                /s/ Jan Greben
                                  Jan Greben
25                                Jeff Coyner
                                  Danielle De Smeth
26                                Attorneys for Defendant Team Enterprises, Inc., and
                                  Third Party Plaintiff Team Enterprises, LLC
27                                (as successor in interest to Defendant Team
                                  Enterprises, Inc.)
28

**IT IS SO ORDERED**:

Based upon the Stipulation of the parties, federal claims arising under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601, et seq., and the Resources Conservation and Recovery Act, 42 U.S.C. §6901, et seq., as to both the Shaw Avenue and the North First Street properties, which are the subject matter of this action, are dismissed without prejudice and the case is remanded to Fresno County Superior Court due to lack of subject matter jurisdiction.  This Court vacates all pending dates and matters, including the July 31, 2012 pretrial conference and the September 11, 2012 trial.  The clerk is directed to take necessary steps to remand this action to the Fresno County Superior Court and to close this action.

IT IS SO ORDERED.

**Dated:     November 22, 2011**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE